CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 1 2 2005
JOHN F. CORCORAN, CLERK
BY: H McDonald
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| MARCUS GANZIE, <br> Plaintiff, | ) <br> ) Civil Action No. 7:05cv00622 <br> ) |
| v. | ) FINAL ORDER <br> ) |
| D. ROBINSON, <br> Defendant. | ) <br> ) By: Jackson L. Kiser <br> ) Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this action is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are hereby **DISMISSED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This 12th day of October, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge